**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAPHAEL CHRISTOPHER,** | : | **CIVIL ACTION NO. 1:04-CV-0977** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **FREDERICK NESTLERODE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## AMENDING ORDER

AND NOW, this 5th day of July, 2005, upon consideration of the memorandum and order (Doc. 121) entered in the above-captioned case on June 22, 2005, and in light of its publication, it is hereby ORDERED that the memorandum and order (Doc. 121) is AMENDED as follows:

> In the second sentence of footnote 19, the phrase "(or federal statutory law if federal officials are involved)" is inserted after "state law" and the term "constitutional" is inserted between the terms "federal" and "law," so that the sentence reads: The former depends on the occurrence of an "arrest" under state law (or federal statutory law if federal officials are involved), while the latter depends on the occurrence of a "seizure" under federal constitutional law.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge