**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAPHAEL CHRISTOPHER,** | : | **CIVIL ACTION NO. 1:04-CV-0977** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **FREDERICK NESTLERODE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## AMENDING ORDER

AND NOW, this 6th day of July, 2005, upon consideration of the memorandum and order (Doc. 121) entered in the above-captioned case on June 22, 2005, and in light of its publication, it is hereby ORDERED that the memorandum and order (Doc. 121) is AMENDED as follows:

1. In the second sentence of the second paragraph of page 2, the term "four-lane" is deleted and is replaced with the phrase "two-lane, one-way," so that the sentence reads:  Christopher was driving his car, a 2000 Lexus, on a two-lane, one-way street in the City of York, Pennsylvania.

2. In the citation sentence of footnote 23, the phrase "that it is" is deleted and is replaced with the phrase "that it," so that the citation sentence reads:  See also Michigan v. DeFillippo, 443 U.S. 31, 36 (1979); United States v. Mota, 982 F.2d 1384, 1386-89 (9th Cir. 1993); cf. Pringle, 540 U.S. at 369-70 (considering state arrest law to the extent that it "is consistent with the Fourth Amendment"); United States v. Watson, 423 U.S. 411, 416-17 (1976) (same) (citing Di Re, 332 U.S. at 585); Ker, 374 U.S. at 37 (same); Henry v. United States, 361 U.S. 98, 100 (1959) (same).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge